

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Skye Lynn Hargett, Appellant

No. 06-19-00161-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1726154). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and the bill of costs by changing the assessment of attorney fees from $800.00 to $300.00, and we modify the Order to Withdraw Funds by changing the amount of court costs, fees and/or fines from $1,654.00 to $1,154.00. As modified, we affirm the trial court's judgment.

We note that the appellant, Skye Lynn Hargett, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 18, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk